**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>          Plaintiff,<br><br>     v.<br><br>HJM SUNRISE PLAZA, LLC;<br>ADR DUE LLC,<br><br>          Defendants. | Case No. CV 19-9450-DMG (KSx)<br><br>**JUDGMENT** |

This Court having granted Defendants HJM Sunrise Plaza, LLC and ADR Due LLC's Motion for Summary Judgment and dismissed as moot Plaintiff Brian Whitaker's claim by Order dated November 5, 2020,

IT IS ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Defendants and against Plaintiff.

DATED: November 5, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE